■ IRENE KATEN, Appellant, v JOAQUIN DOMINGUEZ, Respondent. [639 NYS2d 956]

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Judicial Hearing Officer Radin at the Supreme Court. Bracken, J. P., Rosenblatt, O'Brien and Goldstein, JJ., concur.